CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 10 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| ANTHONY ANTHA SMITH, | ) | CASE NO. 7:14CV00285 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| v. | ) | |
| | ) | |
| CHARLES A. MCCLURE, ESQ., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's application to proceed in forma pauperis is **GRANTED**; this civil action is **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim; and this action is stricken from the active docket of the court.

ENTER: This 9th day of June, 2014.

/s/ Glen E. Conrad
Chief United States District Judge